United States District Court

Eastern District of California

Arthur Clinton Givens, et al.,

      Plaintiff,           No. Civ. 04-1647 FCD PAN P

  vs.                       Findings and Recommendations

Sacramento County, et al.,

      Defendants.

-oOo-

March 21, 2005, an order served on plaintiff Givens was returned by the postal service as undeliverable.  Plaintiff has failed to comply with Local Rule 83-182(d), which requires a party appearing pro se inform the court of any address change.

Accordingly, the court hereby recommends plaintiff Givens' claims be dismissed without prejudice and he be terminated as a plaintiff herein.  L.R. 83-183(b) (dismissal appropriate where pro se plaintiff fails to notify court of current address within 60 days of return of mail by U.S. Postal Service).

1    Pursuant to the provisions of 28 U.S.C. § 636(b)(1), these
2 findings and recommendations are submitted to the United States
3 District Judge assigned to this case.  Within 20 days after being
4 served with these findings and recommendations, either plaintiff
5 may file written objections.  The document should be captioned
6 "Objections to Magistrate Judge's Findings and Recommendations."
7 The district judge may accept, reject, or modify these findings
8 and recommendations in whole or in part.
9    Dated:  June 29, 2005.

                              /s/ Peter A. Nowinski
                              PETER A. NOWINSKI
                              Magistrate Judge