IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARTHUR CLINTON GIVENS, et al.,

    Plaintiffs,                       No. CIV S-04-1647 FCD PAN P

    vs.

SACRAMENTO COUNTY, et al.,

    Defendants.                ORDER

_____/

        Plaintiffs, state prisoners proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On June 30, 2005, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff, Lamont Whitaker, has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a _de novo_ review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

1   Accordingly, IT IS HEREBY ORDERED that:

2   1. The findings and recommendations filed June 30, 2005, are adopted in full; and

4   2. Plaintiff Givens' claims are dismissed without prejudice and he is terminated as a plaintiff.  This action will proceed with Whitaker as sole plaintiff.

DATED: July 22, 2005

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge