1

2

3

4

5

6

7

8                    United States District Court

9                   Eastern District of California

10

11

12  Arthur Clinton Givens, et al.,

13          Plaintiffs,                No. Civ. S 04-1647 FCD PAN P

14      vs.                            Order

15  Sacramento County, et al.,

16          Defendants.

17                              -oOo-

18      Plaintiff Whitaker is a state prisoner without counsel

19  seeking to commence a civil rights action.  This proceeding was

20  referred to this court by Local Rule 72-302 pursuant to 28 U.S.C.

21  § 636(b)(1).

22      Plaintiff requests leave to proceed in forma pauperis

23  pursuant to 28 U.S.C. § 1915 and has submitted a declaration that

24  makes the showing required by 28 U.S.C. § 1915(a).

25      The complaint states cognizable claims for relief against

26  defendants Sacramento County, Sacramento Sheriff's Department,

1   Blanas, Foster, Loggins, Reinl and Bell pursuant to 42 U.S.C. §

2   1983 and 28 U.S.C. § 1915A(b).

3       Accordingly, the court hereby orders that:

4       1.  Plaintiff's request for leave to proceed in forma

5   pauperis is granted.

6       2.  Service is appropriate for defendants Sacramento County,

7   Sacramento Sheriff's Department, Blanas, Foster, Loggins, Reinl

8   and Bell.

9       3.  The Clerk of the Court shall send plaintiff seven USM-

10  285 forms, one summons, an instruction sheet and one copy of the

11  August 23, 2004, pleading.

12      4.  Within 30 days from service of this order, plaintiff

13  shall complete the attached Notice of Submission of Documents and

14  submit it to the court with the completed summons and USM-285

15  forms and eight copies of the August 23, 2004, pleading.

16      5.  Upon receipt of the necessary materials, the court will

17  direct the United States Marshal to serve defendants pursuant to

18  Federal Rule of Civil Procedure 4 without payment of costs.

19      Dated:  January 19, 2006.

20                          /s/ Peter A. Nowinski

21                          PETER A. NOWINSKI
                            Magistrate Judge

22

23

24

25

26

1

2

3

4

5

6

7

8                    United States District Court

9                   Eastern District of California

10

11

12 Arthur Clinton Givens, et al.,

13          Plaintiffs,          No. Civ. S 04-1647 FCD PAN P

14      vs.                      Notice of Submission of Documents

15 Sacramento County, et al.,

16          Defendants.

17                           -oOo-

18     Plaintiff hereby submits the following documents in

19 compliance with the court's order filed _____:

20             _____ completed summons form

21             _____ completed forms USM-285

22             _____ copies of the _____
                                    Amended Complaint
23

24 Dated: _____

25             _____
                              Plaintiff
26