IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARTHUR CLINTON GIVENS, et al.,

    Plaintiffs,                        No. CIV S-04-1647 FCD PAN P

    vs.

SACRAMENTO COUNTY, et al.,

    Defendants.                     <u>ORDER</u>

/

        Plaintiff Lamont Dion Whitaker is a state prisoner proceeding pro se with this civil rights action seeking relief under 42 U.S.C. § 1983.[1]  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On March 8, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days.  Plaintiff has not filed objections to the findings and recommendations.

/////

---

[1] By order filed July 25, 2005, the claims of plaintiff Arthur Clinton Givens were dismissed without prejudice and plaintiff Givens was dismissed from this action, leaving plaintiff Whitaker as the sole plaintiff.

1

1. The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

   1. The findings and recommendations filed March 8, 2006, are adopted in full; and

   2. This action is dismissed without prejudice.  <u>See</u> Fed. R. Civ. P. 41(b).

DATED: April 6, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge